IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

EARNEST BARNARD CLAYTON,

Plaintiff,

v.

CIVIL ACTION NO.: 6:17-cv-70

STANLEY WILLIAMS, et al.,

Defendants.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 10), to which Plaintiff filed Objections, (doc. 11). Plaintiff's Objections are largely a reiteration of his arguments that he has already presented and which the Magistrate Judge correctly rejected. Plaintiff also requests another chance to amend his deficient Amended Complaint, but the Court has already given Plaintiff that very opportunity, (doc. 8). As the Magistrate Judge explained in the Report and Recommendation, Plaintiff failed to adhere to the Court's directives and offered yet another deficient Complaint, (doc. 9.) Moreover, allowing Plaintiff leave to amend again would be futile as he fails to explain how he will cure the deficiencies in his Complaint, and he continues to stand by many of the same failed claims that the Magistrate Judge correctly rejected. In light of Plaintiff's disregard of this Court's Orders and the rules of pleading, a sanction other than dismissal will not suffice.

Accordingly, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint **WITHOUT PREJUDICE** and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

The Court further **DIRECTS** the Clerk of Court to enter the appropriate Judgment of Dismissal and to **CLOSE** this case.

**SO ORDERED**, this 6th day of December, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA